[33]                    DEMONEY v. WALKER.

If hearsay evidence be admitted, though the justice direct the jury to pay no regard to it, it is error.

*Certiorari* to Justice Bonny.

The justice, in this case, permitted hearsay evidence to go to the jury, but directed them to pay no regard to *hearsay* testimony.

PER CURIAM.    Reverse the judgment. (*a*)

(*a*) See *Haswell* v. *Bussing*, 10 *Johns.* 128.